UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUIS CAYETANO-HERNANDEZ,

                Petitioner,

v.

BRYAN S. WILCOX, et al.,

                Respondents.

Case No. C19-2038-JLR-MLP

ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFS

Petitioner initiated this 28 U.S.C. § 2241 immigration habeas action to obtain release from immigration detention. The Government's motion to dismiss has been ripe since February 14, 2020. (*See* Dkt. # 8.) On March 27, 2020, Petitioner filed an amendment to his habeas petition seeking immediate release because he suffers from several ailments that make him particularly susceptible to the COVID-19 virus. (Dkt. # 16.) Given Petitioner's new submission, the Court deems it appropriate to order the parties to file supplemental briefs. The Government shall file a supplemental brief addressing his request no later than **noon on April 8, 2020**. Plaintiff may file a supplemental response no later than **April 10, 2020**. The Clerk is directed to

\\

\\

1 | RE-NOTE the Government's motion to dismiss (dkt. # 8) for April 10, 2020, and to send copies
2 | of this order to the parties and the Honorable James L. Robart.
3 |     Dated this 30th day of March, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge